# United States District Court
# For The Western District of North Carolina
# Asheville Division

William Howard Oneil, Jr.,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               1:11-cv-00053

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/21/2011 Order.

Signed: July 22, 2011

Frank G. Johns, Clerk
United States District Court